# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ 08-351 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DARRYL PETERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:

    Felon in Possession of a Firearm.

Date of Detention Hearing: August 7, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by indictment with possession of a firearm by a person convicted of a felony. Defendant has a lengthy criminal history going back to 1995 including convictions for a sex offense, assault, escape and obstructing a police officer. Defendant has also failed to appear four separate times for prior court appearances.

DETENTION ORDER -1

(2) Defendant is on active community supervision with the State of Washington. In 2007, defendant violated conditions of that supervision by having contact with a prohibited person and breaking curfew and failing to register as a sex offender.

(3) Defendant has been unemployed for approximately one year. Other than working for a week at a temporary agency, the defendant reports he has had no other employment.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshall for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of August, 2008.

s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2